UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1616

ELENI TADELE,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: January 27, 2010        Decided: February 17, 2010

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Irena I. Karpinski, LAW OFFICES OF IRENA I. KARPINSKI, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Michael P. Lindemann, Assistant Director, Ethan B. Kanter, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eleni Tadele, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's decision denying her requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and agree that Tadele is statutorily barred from asylum and withholding of removal on the ground that she provided material support to a terrorist organization. See 8 U.S.C. § 1158(b)(2)(A)(v) (2006); 8 U.S.C. § 1231(b)(3)(B)(iv) (2006); 8 C.F.R. § 1208.16(d)(2) (2009).[*] We therefore deny the petition for review for the reasons stated by the Board. See In re: Tadele (B.I.A. Apr. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] Although the statutory bar does not extend to deferral of removal under the Convention Against Torture, see 8 C.F.R. § 1208.17(a) (2009), Tadele does not challenge the denial of this form of relief on appeal. She has therefore waived appellate review of this claim. See Ngarurih v. Ashcroft, 371 F.3d 182, 189 n.7 (4th Cir. 2004) (finding that failure to raise a challenge in an opening brief results in abandonment of that challenge).